UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-60129-SINGHAL

SHANNON MOSES,

    Plaintiff,

v.

CHICAGO'S 312, LLC and ROBERT G. BEATTY, individually,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court sua sponte and on the Court's June 4, 2020 Paperless Order (DE [10]). Plaintiff has failed to show proof of service despite multiple extensions of time` having been afforded. Accordingly, it is

**ORDERED** that the above-styled case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 4(m). The Clerk of Court is directed to **CLOSE** the file. Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of July 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF